438 A.2d 646

Commonwealth v. Ransome, Appellant.

██ Submitted June 24, 1981. Victor J. DiNubile, Jr., for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Judgment of sentence affirmed on opinion of the court below.